UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-8014-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

v.

CARLOS CRUZ,

Defendant.

_____/

FILED by _____ D.C.

OCT 07 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER AND
## REPORT AND RECOMMENDATION

The Defendant, CARLOS CRUZ, appeared before the Court on September 24, 2010, represented by counsel, for a final hearing on violation of supervised release. The Defendant was originally convicted of cocaine possession with intent to distribute, in violation of 21 U.S.C. § 841(a)(1). He was sentenced to 136 months in prison, to be followed by 5 years of supervised release. After serving the prison portion of his sentence, the Defendant commenced his supervised release on November 8, 2006.

The Defendant is now charged with a supervised release violation for failing to refrain from violating the law by committing the offense of cocaine possession with intent to distribute on June 6, 2008, in violation of 21 U.S.C. § 841(a)(1). The Defendant admits this violation, and wishes to proceed to sentencing as soon as possible.

Accordingly, the Court RECOMMENDS that the District Court accept the Defendant's admission, find the Defendant guilty of the above violation of supervised release, and set the matter down for sentencing before the District Court.

1

The Clerk is ORDERED to set this matter before the sentencing calendar of the Honorable U.S. District Judge Daniel T. K. Hurley.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable U.S. District Judge Daniel T. K. Hurley, within fourteen (14) days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See U.S. v. Warren, 687 F.2d 347, 348 (11th Cir. 1982), cert. denied, 460 U.S. 1087 (1983).

DONE and ORDERED and DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 7 day of October, 2010.

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

Copies to:
U.S. District Judge Daniel T. K. Hurley
All counsel of record
U.S. Marshal
U.S. Probation